9. If you pay the $350.00 filing fee when you file your complaint, you will be responsible for serving the defendants. (See Instructions for Preparation and Service of Summons Forms.)

10. Send all of your completed paperwork to this address:

> Clerk, United States District Court for the Eastern District Michigan
> Theodore Levin U.S. Courthouse
> 231 W. Lafayette Boulevard, Fifth Floor
> Detroit, MI 48226

MIED (Rev. 2/07) Prisoner Civil Rights Complaint

Case: 2:23-cv-10074
Judge: Leitman, Matthew F.
MJ: Grand, David R.
Filed: 01-11-2023 At 11:50 AM
PR BELL V. STARKS (NA)

**Official Use Only**

| Case Number | Judge | Magistrate Judge |
|---|---|---|
|  |  |  |

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| Name | Prisoner No. |
|---|---|
| LARRY J. BELL | #880812 |

**Place of Confinement**
Gus Harrison Correctional Facility

| Street | City | State | Zip Code |
|---|---|---|---|
| 2727 E. Beecher | Adrian | MI | 49221 |

| Are there additional plaintiffs? | ☐ Yes | X No |
|---|---|---|

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide names, prisoner numbers and addresses for all plaintiffs.*

### Defendant's Information

| Name | Position |
|---|---|
| Starks | Corrections Officer |

| (WCC)Woodland Correctional Facility 9036 E M-36 | City Whitmore Lake, | State MI | Zip Code 48189 |
|---|---|---|---|

Are you suing this defendant in his/her: ☐ Personal Capacity  ☐ Official Capacity  X Both Capacities

Are you suing more than one defendant?   _Yes        No X

If yes, *any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

MIED (Rev. 2/07) Prisoner Civil Rights Complaint

# I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

_Yes        X No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

Docket or Case Number:

Name of Court:

Parties (Caption or Name of Case):

Disposition:

Docket or Case Number:

Name of Court:

Parties (Caption or Name of Case):

Disposition:

| Docket or Case Number: |
|---|
| |
| |
| Docket or Case Number: |
| |
| Name of Court: |
| |
| Parties (Caption or Name of Case): |
| |
| Disposition: |
| |
| *Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.* |

MIED (Rev. 2/07) Prisoner Civil Rights Complaint

## II. STATEMENT OF FACTS

On 9-4-22, Plaintiff, Larry J. Bell #880812 was housed at the Woodland Center Correctional Facility on this date at about 10:30, Plaintiff informed C/O Starks that he was having suicidal thoughts and has the urge to kill himself. C/O Starks Responded with, [You should make the world a better place by going on and kill yourself then]. She then went and started to play on the computer without any regard to plaintiff's life nor the fact that plaintiff has just told her he was feeling like killing himself and also the fact that Plaintiff was a high risk prisoner at a Mental Health Facility. And right after she walked away Plaintiff did attempt suicide by cutting himself really bad causing Plaintiff to become unresponsive and had to get stiches to stop the bleeding. So on that same night C/O Jones was working with C/O Starks. As he was making his rounds C/O Jones opened Plaintiff's door, then he informed C/O Starks that they needed to get help, [C/O Starks then replied back to C/O Jones to "just shut the door"]. By that time 1-min or so had past, then C/O Jones started to call over his radio for coded blue, coded blue which meant all hands on deck, "<u>Unresponsive Prisoner</u>. C/O Starks neglected her duties in violation of P.D. Directive 03.03.130[6], [<u>Humane Treatment and Living Conditions for Prisoners</u>] which states the following:

[Staff shall not use or engage in, and shall discourage through appropriate means any person's use of, derogatory, demeaning, humiliating, or degrading actions or language toward others].

Also P.D. Directive 03.03.130 states the following within the [ <u>Policy Statement:</u>] [All prisoners committed to the jurisdiction of the Dept. shall be treated humanely and with dignity in matters of health care, personal safety, and general living conditions. They also shall not be discriminated against based on race, religion, sex, gender identity, or <u>disability.</u>]

A prisoner has a serious medical need if there's a heightened suicide risk or an attempted suicide and also if there was any threat of committing suicide. When an individual is taken into custody and thereby deprived of their liberty, the officials who hold them against their will are constitutionally obligated to respond if a serious medical need should arise, if with "Deliberate Indifference", these officials failed to respond appropriately but instead acted in a manner that will foreseeable result in harm, these officials have violated the Plaintiff's due process rights.

This is an "Deliberate Indifference" against plaintiff medical needs. The Supreme Court has stated that Deliberate Indifference to serious medical needs of prisoners constitutes the unnecessary and wanton infliction of pain as proscribed by the Eight Amendment cruel and unusual punishment. Deliberate Indifference is a state of mind more blameworthy than negligence. Deliberate Indifference, however, does not require acts or omissions for the very purpose of causing harm or with knowledge that harm will result.

**See attached grievances, Step I-III)**

## IV. RELIEF

Violation of Plaintiff Eighth Amendment right. I further ask that this Honorable Court award me Monetary Relief in the amount of $ 25,000 dollars for the pain and suffering and also the mental anguish.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on

Dated 12-18-22

*Larry Bell* (signature)

Signature of Plaintiff –
Larry J. Bell #880812

| LARRY J. BELL #880812 | |
|---|---|
| | Gus Harrison Correctional Facility<br>2727 E. Beecher Street<br>Adrian, MI 49221 |

Date: 12/22/22         2022

Clerk,
United States District Court for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard, Fifth Floor
Detroit, MI 48226

RE:    42 U.S.C § 1983 Complaint

Dear Clerk:

Enclosed for filing, please find the original and one copy of the following:

| | |
|---|---|
| x | 42 U.S.C § 1983 Complaint |
| x | Proof of service |
| | $350.00 filing fee |
| x | Application for Prisoner to Proceed Without Prepayment of Fees or Costs |
| | Certified Prisoner Account Statement |
| x | Attached documents showing exhaustion of all available administrative remedies |
| | Attachments, additional pages added to Complaint, and/or exhibits |

Thank you in advance for your time and consideration to this matter.

Sincerely, *Larry Bell*

LARRY J. BELL #880812  *In Pro Se*

Encl
C: File

Larry Bell 880812
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221

(Pris)

Clerk
United States District Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard, fifth floor
Detroit, MI 48226

Metroplex MI 480 ZIP
FRI 30 DEC 2022 PM