UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LARRY BELL, | Case No. 23-10074 |
| Plaintiff, | Hon. F. Kay Behm |
| v. | United States District Judge |
| SHANA STARKS, | Hon. David R. Grand |
| Defendant. | U.S. Magistrate Judge |
| _____ / | |

**ORDER CONDITIONALLY APPOINTING COUNSEL (ECF No. 67) AND STAYING PROCEEDINGS FOR 60 DAYS**

This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff Larry Bell ("Bell") is proceeding pro se. Before the Court is Bell's motion for appointment of counsel (ECF No. 67). The court recently denied Defendant's motion for summary judgment on Bell's Eighth Amendment and IIED claims. ECF Nos. 68, 85. For the reasons stated in Bell's motion, the Court has determined that he will benefit from the assistance of counsel and also that the appointment of counsel is appropriate at this stage of the case. Accordingly, Bell's motion for appointment of counsel, (ECF No. 67), is **CONDITIONALLY GRANTED**.

**IT IS ORDERED** that this matter is referred to the Court's pro bono program for the appointment of counsel.

**IT IS FURTHER ORDERED** that proceedings in this case are **STAYED** for a period of 60 days, while the court attempts to obtain pro bono counsel for Bell.  If pro bono counsel is not obtained within 60 days, the stay will be lifted, and Bell will have to continue to proceed pro se.  During the stay, no motions shall be filed.

The court will issue a scheduling order for remaining dates in the case after a pro bono counsel is obtained or the stay is otherwise lifted.

**SO ORDERED**.

Date: August 6, 2025	<u>s/F. Kay Behm</u>
	F. Kay Behm
	United States District Judge